

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00427-CR

Alan George **EVONISHON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR6721
Honorable Laura Lee Parker, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED November 12, 2025.

_____
Adrian A. Spears II, Justice